In the Matter of RUSSEL CALCAGNO et al., Appellants, against TOWN BOARD OF WEBSTER et al., Respondents.

Submitted April 5, 1943; decided April 22, 1943.

Motion for a certificate that a constitutional question is directly involved granted. [Reported below, 265 App. Div. 687.]